UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ROBERT SWEATT,**

   Plaintiff,

v.                               **No. 4:25-cv-00367-P**

**SCOTT & ASSOCIATES, P.C.,
ET AL.,**

   Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **22nd day of April 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE